UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

                              Case No: 10-31137

PHILLIP MICHAEL STUBLENSKY
JEAN FRANCES STUBLENSKY                          Chapter 13

                Debtor(s)                             Judge Daniel S. Opperman

_____/

PHILLIP MICHAEL STUBLENSKY
JEAN FRANCES STUBLENSKY

                              Adversary Complaint No: 10-03224

                Plaintiff(s)
      vs.

CITIZENS BANK

                Defendant(s)
_____/

George B. Rasch   (P-30044)
Law Office of George B. Rasch
Attorney for Plaintiff(s)
G-4030 Corunna Road
Flint, MI  48532
(810) 733-2808
grasch@chartermi.net
_____/

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on 04-05-10, a copy of the Adversary Complaint and Summons has been filed with the Court, using the ECF system which will send notification of such filing to the following:

       Carl L. Bekofske, Chapter 13 Trustee         ECF@flint13.com

and I hereby certify that on April 5, 2010, I have mailed by certified mail through the United States Postal Service the Adversary Complaint and Summons to the following non-ECF participants:

Citizens Bank
Cathleen H. Nash, President  & CEO
328 S. Saginaw St.
Flint, MI  48502

which was stamped and received on  April 7, 2010.  (See attached Exhibit A)

                                                                        LAW FIRM OF GEORGE B. RASCH

                                                                        /s/Annette R. Swain_____
                                                                        Annette R. Swain, an employee of
                                                                        George B. Rasch   (P-30044)
                                                                        G-4030 Corunna Road
                                                                        Flint, Michigan  48532
                                                                        (810) 733-2808
                                                                        grasch@chartermi.net