UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

PHILLIP MICHAEL STUBLENSKY
JEAN FRANCES STUBLENSKY,

Case No. 10-31137-dof
Chapter 13
Hon. Daniel Opperman

Debtor(s)
_____/

PHILLIP MICHAEL STUBLENSKY and
JEAN FRANCES STUBLENSKY,

Plaintiffs,

v.

Adversary Case No. 10-03224

CITIZENS BANK,

Defendant.
_____/

## ANSWER TO COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY

Defendant, CITIZENS BANK, through its counsel, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., for its Answer to Complaint, states as follows:

1. Defendant consents to the jurisdiction of this Court.

2. Defendant admits the allegations contained in Paragraph Two.

3. Defendant neither admits nor denies the allegations contained in Paragraph Three and leaves Plaintiffs to their proofs.

4. Defendant neither admits nor denies the allegations contained in Paragraph Four and leaves Plaintiffs to their proofs.

5. Defendant neither admits nor denies the allegations contained in Paragraph Five and leaves Plaintiffs to their proofs.

6. Defendant denies the allegations contained in Paragraph Six as they are untrue. Defendant asserts it holds the first lien on the property in question by virtue of its first-in-time recording on April 28, 1998 and the subsequent recording of the mortgages with GMAC

7. Defendant denies the allegations contained in Paragraph Seven as they are untrue.

8. Defendant denies the allegations contained in Paragraph Eight as they are untrue.

9. Defendant denies the allegations contained in Paragraph Nine as they are untrue.

WHEREFORE, Defendant requests that the Court dismiss Plaintiffs' complaint and award such other relief as is just and equitable.

May 4, 2010                                     BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.


*/s/Karen L. Rowse-Oberle*
KAREN L. ROWSE-OBERLE   (P41893)
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

PHILLIP MICHAEL STUBLENSKY
JEAN FRANCES STUBLENSKY,

                    Debtor(s).

Case No. 10-31137-DOF
Chapter 13
Hon. DANIEL OPPERMAN

_____/

PHILLIP MICHAEL STUBLENSKY
JEAN FRANCES STUBLENSKY

                    Plaintiff,

v.

CITIZENS BANK

                    Defendant.

Adv. No. 10-03224-DOF

_____/

GEORGE B. RASCH (P30044)
LAW OFFICES OF GEORGE B. RASCH
ATTORNEY FOR PLAINTIFF
G-4030 Corunna Road
Flint, MI 48532
(810) 733-2808
grasch@chartermi.net


BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.
KAREN L. ROWSE-OBERLE (P41893)
KIMBERLY M. LUBINSKI (P62542)
Attorneys for Defendant
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com
_____/

STATE OF MICHIGAN   )
                             )ss.
COUNTY OF MACOMB  )

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2010, I electronically filed the Answer to Plaintiff's

Complaint to Avoid Security Interest in Real Property with Clerk of the court using the ECF

system which will send notification of such filing to the following:

-George B. Rasch, G-4030 Corunna Road, Flint, MI 48532

-Carl Bekofske, Chapter 13 Trustee, 510 West Court St., Flint, MI 48503

BUTLER, BUTLER & ROWSE-OBERLE, PLLC

/S/ BRIDGETTE DOCKERY
Legal Assistant
Butler, Butler & Rowse-Oberle, P.L.L.C.
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
Info@butler-butler.com